UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
Greenbelt Division

```
-------------------------------------------------------------X
In re:                                              :    Chapter 13
                                                    :
Kristen M Bach                                      :    Case No. 25−21292 MCR
                                                    :
          Debtor.                                   :
                                                    :
-------------------------------------------------------------X
```

## MOTION FOR EXTENSION OF TIME TO FILE SCHEDULES, STATEMENTS AND PLAN

PLEASE TAKE NOTICE that the Debtor is moving to extend her time to file her Schedules, Statements and Plan. Any interested party objecting to the Motion must file a written objection with the Clerk of the United States Bankruptcy Court for the District of Maryland within fourteen (14) days from the date of this notice, setting forth in detail the basis of said objection with a copy being sent to the undersigned. If an objection is filed, the Court may schedule a hearing on the objection. The Court may also rule upon the motion without a hearing based upon the pleadings filed. If no objections are filed, the Court may grant the requested relief without further notification. Anyone desiring any further information may communicate with the undersigned.

NOW COMES Kristen M Bach, debtor (the "Debtor"), through counsel, and respectfully moves for an extension of time until December 30, 2025, to file her Schedules, Statements and Plan. In support hereof, Debtor states as follows:

1. This Chapter 13 case was filed on December 2, 2025, in order to stop a foreclosure sale. Debtor's Schedules and Plan are due on December 16, 2025.

2. Debtor and her counsel have been working on gathering the required information and preparing the schedules and plan, but require additional time to complete them. As such, it has not been possible to complete the schedules in the 14 days allowed since filing.

3. The § 341 meeting is scheduled for January 15, 2026, so a two-week extension to December 30 would provide the information to the Trustee and interested creditors more than

two weeks in advance of the meeting, which should be a sufficient time to prepare.

4. Debtor's first plan payment would be due (without extension) on January 3, 30 days after filing, so the requested extension will not delay the commencement of payments under the plan.

WHEREFORE, Debtor respectfully requests an extension of time until December 30, 2025, to file her Schedules, Statements and Chapter 13 Plan.

Dated:   December 16, 2025.

Respectfully submitted,

/s/ Daniel M. Press
Daniel M. Press, #07300
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
(703) 734-0590 fax
dpress@chung-press.com

## CERTIFICATE OF SERVICE

This is to certify that on this 16th day of December, 2025, I caused the foregoing Motion to be served on all creditors and parties in interest, as set forth on the attached matrix, by first class mail, postage prepaid, and upon the following by CM/ECF:

Rebecca Herr, Trustee ecf@ch13md.com

/s/ Daniel M. Press
Daniel M. Press

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0416-0<br>Case 25-21292<br>District of Maryland<br>Greenbelt<br>Tue Dec 16 06:35:38 EST 2025 | Alderson & Heavner PA<br>100 S Liberty St<br>PO Box 360<br>Cumberland MD 21501-0360 | Chessie FCU<br>PO Box 689<br>Cumberland, MD 21501-0689 |
| (p)COMPTROLLER OF MARYLAND<br>BANKRUPTCY UNIT<br>7 ST PAUL STREET SUITE 230<br>BALTIMORE MD 21202-1626 | Gregory A Bach<br>120  Columbia St<br>Cumberland, MD 21502-1620 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Maryland Central Collection Unit<br>300 West Preston St<br>Baltimore, MD 21201-2307 | Mayor & City Council of Cumberland<br>67 N Liberty St<br>Cumberland, MD 21502 | Michael S Cohen<br>213 Washington St<br>Cumberland, MD 21502-2826 |
| Daniel M. Press<br>Chung & Press, P .C.<br>6718 Whittier Ave., Ste. 200<br>McLean, VA 22101-4531 | Kristen M Bach<br>120 Columbia St<br>Cumberland, MD 21502-1620 | Rebecca A. Herr<br>Chapter 13 Trustee<br>185 Admiral Cochrane Dr.<br>Suite 240<br>Annapolis, MD 21401-7623 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Comptroller of Maryland
7 St Paul St
Baltimore, MD 21202

End of Label Matrix
Mailable recipients    11
Bypassed recipients     0
Total                  11