**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**
**Greenbelt Division**

-------------------------------------------------------------X

In re:                                                        :        **Chapter 13**
                                                              :
Kristen M Bach                                                :        **Case No.**  25−21292 MCR
                                                              :
              **Debtor.**                                     :
                                                              :
-------------------------------------------------------------X

## ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE SCHEDULES, STATEMENTS AND PLAN

Upon consideration of the Motion of the Debtor for an extension of time until December 30, 2025, to file her Schedules, Statements, and Plan, and any response thereto, it is hereby

ORDERED that the Motion is GRANTED; and it is

FURTHER ORDERED that Debtor shall have until December 30, 2025, to file her Schedules, Statements, and Plan.

Copies by CM/ECF to:
Counsel for Debtor
Trustee

END OF ORDER

--