**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**
**(Greenbelt Division)**

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| Kristen M. Bach | ) | |
| | ) | No. 25-21292-MCR |
| Debtor. | ) | Chapter 13 |
| _____ | ) | |

**CERTIFICATE OF SERVICE**

    This is to certify that on the 30th day of December 2025, I caused the Schedules, Statement of Financial Affairs and Statement of CMI to be served by CM/ECF upon the Chapter 13 Trustee and all creditors requesting such notice as follows:

Rebecca A. Herr ecf@ch13md.com

Dated:    December 30, 2025.

        Respectfully submitted,

      /s/ Daniel M. Press
Daniel M. Press, #07300
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
(703) 734-0590 fax
dpress@chung-press.com