IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

**In re:**

Kristen M. Bach,

**Debtor.**

Case Number: 25-21292

Chapter 13

**STATEMENT UNDER PENALTY OF PERJURY CONCERNING
PAYMENT ADVICES DUE PURSUANT TO 11 U.S.C. § 521(a)(1)(B)(iv)**

***IN JOINT FILINGS, A SEPARATE STATEMENT
MUST BE COMPLETED BY EACH DEBTOR***

I, the undersigned debtor, state that I did not provide copies of all payment advices or other evidence of payment received from my employer within 60 days before the date of the filing of the petition because:

*[Check the appropriate box]*

☐ I was not employed during the period immediately preceding the filing of the above-referenced case, including from _____ to _____ (state the dates that you were not employed).

OR

☐ I was employed during the period immediately preceding the filing of the above-referenced case but did not receive any payment advices or other evidence of payment from my employer within 60 days before the date of the filing of the petition.

OR

☒ I am self-employed and do not receive any evidence of payment.

OR

☐ Other (explain): _____

I declare under penalty of perjury that the above statement is true and correct to the best of my knowledge, information, and belief.

LBF-Q v.2024

DATE: _____1/7/26_____   /s/ Krisen M. Bach
_____
(Signature of Debtor)
Debtor's Name  Kristen M. Bach
Telephone Number (if not represented by an attorney)
Email Address (if not represented by an attorney)

LBF-Q v.2024