**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**Greenbelt Division**

| | |
|---|---|
| In re ) | |
| ) | |
| Kristen M. Bach ) | |
| ) | No. 25-21292-MCR |
| Debtor. ) | Chapter 13 |
| _____ ) | |

**OBJECTION TO PROOF OF CLAIM #1-1 (INTERNAL REVENUE SERVICE)**

**TO: The U.S. Department of the Treasury/Internal Revenue Service**

**NOTIFY IS HEREBY GIVEN to the above-named creditor that such creditor must file with the Clerk of the Bankruptcy Court, 6500 Cherrywood Lane, Suite 300, Greenbelt, MD 20770, a responsive memorandum opposing the objection and request for a hearing, if desired, unless the claimant wishes to rely solely upon the proof of claim, and mails a copy thereof to the undersigned, within thirty (30) days of the date of service of this objection. A hearing may be held upon the objection, and any response thereto, by the court at the Court's discretion.**

COMES NOW Debtor, Kristen M. Bach, by counsel, and objects to Proof of Claim #1-1, filed by the U.S. Department of the Treasury, Internal Revenue Service (IRS). In support hereof, Debtor states as follows:

1. On December 2, 2025, the Debtor filed for protection under Chapter 13 of the U.S. Bankruptcy Code. Rebecca Herr was appointed Chapter 13 Trustee.

2. On December 16, 2025, the IRS filed Proof of Claim No. 1-1, in the amount of $4,445.16, all general unsecured.

3. The claim asserted is for income tax for 2018 in the amount of $763.00; estimated taxes for 2019 and 2021 in the amounts of $1,138.30 and $500, plus interest and penalties.

4. Debtor resided in Austria in 2018 and had no U.S. taxable income. Debtor did not work outside the home and had no income in 2019 or 2021 (or any year until 2025).

5. While the proof of claim purports to have assessed 2018 income taxes on May 11,

2020, Debtor does not believe she filed a joint return for that year or that her husband had US-taxable income.   Debtor believes this assessment to be in error.

6. Definitely, no taxes are owed for 2019 or 2021.   If her husband filed or will file a return for those years, it would be filed as married filing separately.

WHEREFORE. Debtor respectfully requests that Claim 1-1 be disallowed.

Respectfully submitted,

 /s/ Daniel M. Press
Daniel M. Press, Esq. #07300
CHUNG & PRESS, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
dpress@chung-press.com
Counsel for Debtor

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of February, 2026, I caused a copy of the foregoing document to be served by via first class mail, postage pre-paid, upon the following, who has agreed to accept service  of this amended objection:

Barbara McFarland
Bankruptcy Specialist
Internal Revenue Service
1550 American Boulevard East
Bloomington MN 55425

U.S. Attorney for the District of Maryland
6406 Ivy Ln Suite 800
Greenbelt MD 20770

IRS
PO Box 7346
Philadelphia PA 19101

Office of the Attorney General of the US
950 Pennsylvania Ave NW
Washington DC 20530

 /s/ Daniel M. Press
Daniel M. Press