**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt Division)**

| | |
|---|---|
| In re ) | |
| ) | |
| Kristen M. Bach ) | |
| ) | No. 25-21292-MCR |
| Debtor. ) | Chapter 13 |
| ) | |

**ORDER SUSTAINING**
**OBJECTION TO PROOF OF CLAIM #1-1 (IRS)**

Upon consideration of the objection of the Debtor to Proof of Claim #1-1 filed in this case by the US Department of the Treasury, Internal Revenue Service, and any response thereto, and it appearing that the Objection should be sustained, it is hereby

ORDERED that proof of claim #1-1 is DISALLOWED.

Copies to:

    Barbara McFarland
    Bankruptcy Specialist
    Internal Revenue Service
    1550 American Boulevard East
    Bloomington MN 55425

    U.S. Attorney for the District of Maryland
    6406 Ivy Ln Suite 800
    Greenbelt MD 20770

    IRS
    PO Box 7346
    Philadelphia PA 19101

    Office of the Attorney General of the US
    950 Pennsylvania Ave NW
    Washington DC 20530

Debtor's Counsel (by CM/ECF)
Chap. 13 Trustee (by CM/ECF)

                                            End of Order