IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| IN RE: | * | |
| KRISTEN M. BACH | * | Case No. 25-21292 (MCR) |
| | * | Chapter 13 |
| Debtor. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF APPEARANCE PURSUANT TO
## BANKRUPTCY RULES 2002 AND 9010 AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE THAT the undersigned, Assistant United States Attorney Megan L. Micco, hereby enters her appearance, under Section 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code"), Rule 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Local Bankruptcy Rule 9010-1, on behalf of the United States of America and its Agency, the Internal Revenue Service ("IRS"), a party-in-interest and creditor in the above-captioned bankruptcy case, and requests, under Sections 102(1) and 342 of the Bankruptcy Code and Bankruptcy Rules 2002, 3017(d), 4001(b)(3), and 9007, that all notices given or required to be given, and papers served or required to be served, in this case be given to or served upon:

> Dayna Kipnis
> Assistant United States Attorney
> U.S. Attorney's Office, District of Maryland
> 36 S. Charles Street, Suite 400
> Baltimore, Maryland 21201
> Dayna.Kipnis2@usdoj.gov

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers specified above, but also includes, without limitation, any orders and notices of

any application, motion, petition, pleading, request, disclosure statement, plan, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, electronically, telephone, facsimile, or otherwise, which affect the above-captioned debtor ("Debtor"), property of the Debtor, or any rights or interests of parties, creditors, or parties-in-interest in this bankruptcy proceeding.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance Pursuant to Bankruptcy Rules 2002 and 9010 and Request for Notices shall not be deemed or constructed to be a waiver of the rights of the IRS (1) to have final orders in noncore matters entered only after *de novo* review by a District Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding arising in or related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, defenses, setoffs, or recoupments to which the IRS is or may be entitled, in law or equity, all of which rights, claims, actions, defenses, setoffs, and recoupments the IRS expressly reserves.

Dated: March 4, 2026

Respectfully submitted,

Kelly O. Hayes
United States Attorney

By:  /s/ Dayna Kipnis
Dayna Kipnis (Bar No. 13673)
Assistant United States Attorney
U.S. Attorney's Office, District of Maryland
36 S. Charles Street, Suite 400
Baltimore, Maryland  21201
Telephone: (410) 209-4800
Dayna.Kipnis2@usdoj.gov

*Counsel for the Internal Revenue Service*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 4th day of March, 2026, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing Notice of Appearance Pursuant to Bankruptcy Rules 2002 and 9010 and Request for Notices will be served electronically by the Court's CM/ECF system on the following:

- **Rebecca A. Herr (Trustee):** ecf@ch13md.com
- **Daniel M. Press (Counsel for Debtors):** dpress@chung-press.com

                                           */s/ Dayna Kipnis*
                                           Dayna Kipnis (Bar No. 13673)