IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| In re:<br><br>KRISTEN M. BACH,<br><br>      Debtor. | Case No. 25-21292-MCR<br><br>Chapter 13 |

**CONSENT MOTION TO EXTEND TIME TO RESPOND TO OBJECTION
TO THE INTERNAL REVENUE SERVICE'S PROOF OF CLAIM**

The United States of America, on behalf of the Internal Revenue Service (the "IRS"), by and through undersigned counsel, files this *Consent Motion to Extend Time to Respond to Objection to the Internal Revenue Service's Proof of Claim* (the "Motion").

1. On February 9, 2026, the above-captioned debtor (the "Debtor") filed the *Objection to Claim of Department of the Treasury – Internal Revenue Service Claim #1*, ECF No. 16 (the "Objection"). Under Rule 3007 of the Federal Rules of Bankruptcy Procedure, the IRS's deadline to respond to the Objection is currently March 11, 2026.

2. Undersigned counsel contacted the Debtor's counsel to request certain documentation from the Debtor, which is necessary for the IRS to properly assess the allegations contained in the Objection. Once this documentation is submitted by the Debtor, the IRS can review the information and amend its proof of claim as appropriate. The IRS processing takes an estimated 6-8 weeks (assuming no additional issues arise). In order to accommodate this process, undersigned counsel requested an extension of ninety (90) days to respond to the Objection, and the Debtor's counsel agreed.

3. Under Local Bankruptcy Rule 9006-1, "[a]ny response deadline may be extended by agreement of the parties." As stated, Debtor's counsel has agreed to this 90-day extension.

2

WHEREFORE, the IRS respectfully requests that the Court extend the IRS's deadline to respond to the Objection by 90 days, or up to and including June 9, 2026.  A proposed order is attached.

Dated:  March 9, 2026

                                            Respectfully submitted,

                                            Kelly O. Hayes
                                            United States Attorney

By:  */s/ Dayna Kipnis*
      Dayna Kipnis (Bar No. 13673)
      Assistant United States Attorney
      36 S. Charles St., 4th Floor
      Baltimore, Maryland 21201
      (410) 209-4908
      Dayna.Kipnis2@usdoj.gov

      *Counsel for the IRS*

## CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2026, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing, as well as the attached proposed order, will be served electronically by the Court's CM/ECF system on the following:

- Daniel M. Press, Esquire - dpress@chung-press.com
- Rebecca A. Herr, Chapter 13 Trustee - ecf@ch13md.com

                                      /s/ *Dayna Kipnis*
                                      Assistant United States Attorney