IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| In re: | Case No. 25-21292-MCR |
| KRISTEN M. BACH, | Chapter 13 |
| Debtor. | |

**ORDER GRANTING CONSENT MOTION TO EXTEND TIME TO RESPOND TO OBJECTION TO THE INTERNAL REVENUE SERVICE'S PROOF OF CLAIM**

Having considered the *Consent Motion to Extend Time to Respond to Objection to the Internal Revenue Service's Proof of Claim* (the "Motion"), it appearing that cause exists to grant the relief requested, it is, by the United States Bankruptcy Court for the District of Maryland:

**ORDERED**, that the Motion is **GRANTED**; and it is further,

**ORDERED**, that the IRS's deadline to respond to the Objection[1] is hereby **EXTENDED** to June 9, 2026.

---

[1] Capitalized terms not otherwise defined are given the meanings ascribed to them in the Motion.

cc:

Dayna Kipnis (via CM/ECF)

Daniel M. Press (via CM/ECF)

Rebecca A. Herr (via CM/ECF)

**END OF ORDER**