UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| Kristen M. Bach | ) | |
| | ) | No. 25-21292-MCR |
| Debtor. | ) | Chapter 13 |
| | ) | |

## WITHDRAWAL OF OBJECTION TO PROOF OF CLAIM #1 (INTERNAL REVENUE SERVICE)

COMES NOW Debtor, Kristen M. Bach, by counsel, and withdraws her objection to Amended Proof of Claim #1, filed by the U.S. Department of the Treasury, Internal Revenue Service (IRS), in light of Amended Proof of Claim 1 as filed on March 10, 2026.

Respectfully submitted,

/s/ Daniel M. Press
Daniel M. Press, Esq. #07300
CHUNG & PRESS, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
dpress@chung-press.com
Counsel for Debtor

### CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of March, 2026, I caused a copy of the foregoing document to be served by CM/ECF upon counsel for the IRS, at:

Dayna Kipnis dayna.kipnis2@usdoj.gov,Tracy.Lichtel@usdoj.gov

/s/ Daniel M. Press
Daniel M. Press