United States Bankruptcy Court
District of Maryland

| | |
|---|---|
| In re: | Case No. 25-21292-MCR |
| Kristen M Bach | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0416-0 | User: admin | Page 1 of 1 |
| Date Rcvd: Mar 10, 2026 | Form ID: pdfparty | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 12, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Kristen M Bach, 120 Columbia St, Cumberland, MD 21502-1620 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 12, 2026         Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 10, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel M. Press | dpress@chung-press.com  pressdm@gmail.com,danpress@recap.email |
| Dayna Kipnis | dayna.kipnis2@usdoj.gov  Tracy.Lichtel@usdoj.gov |
| Rebecca A. Herr | ecf@ch13md.com |

TOTAL: 3

**DENIED**

On March 10, 2026, the Debtor withdrew her objection to the IRS' claim. Therefore, the motion to extend the time for the IRS to file a response to the claim objection is denied as moot.



**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# (Greenbelt Division)

| | |
|---|---|
| In re: | Case No. 25-21292-MCR |
| KRISTEN M. BACH, | Chapter 13 |
| Debtor. | |

**ORDER GRANTING CONSENT MOTION TO EXTEND TIME TO RESPOND TO OBJECTION TO THE INTERNAL REVENUE SERVICE'S PROOF OF CLAIM**

Having considered the *Consent Motion to Extend Time to Respond to Objection to the Internal Revenue Service's Proof of Claim* (the "Motion"), it appearing that cause exists to grant the relief requested, it is, by the United States Bankruptcy Court for the District of Maryland:

**ORDERED**, that the Motion is **GRANTED**; and it is further,

**ORDERED**, that the IRS's deadline to respond to the Objection[1] is hereby **EXTENDED** to June 9, 2026.

---

[1] Capitalized terms not otherwise defined are given the meanings ascribed to them in the Motion.

cc:

Dayna Kipnis (via CM/ECF)

Daniel M. Press (via CM/ECF)

Rebecca A. Herr (via CM/ECF)

**END OF ORDER**

