United States Bankruptcy Court
District of Maryland

In re:                                                                              Case No. 25-21292-MCR

Kristen M Bach                                                                       Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0416-0                          User: admin                                    Page 1 of 1

Date Rcvd: Apr 02, 2026                       Form ID: pdfparty                              Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 04, 2026:**

**Recip ID               Recipient Name and Address**
db                   +   Kristen M Bach, 120 Columbia St, Cumberland, MD 21502-1620

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2026                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 2, 2026 at the address(es) listed below:**

**Name                        Email Address**

Daniel M. Press
                            dpress@chung-press.com  pressdm@gmail.com,danpress@recap.email

Dayna Kipnis
                            dayna.kipnis2@usdoj.gov  Tracy.Lichtel@usdoj.gov

Rebecca A. Herr
                            ecf@ch13md.com

TOTAL: 3

Entered: April 2nd, 2026
Signed: April 2nd, 2026

**SO ORDERED**



**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:      Case No.: **25–21292 – MCR**      Chapter: **13**

**Kristen M Bach**
Debtor

## ORDER DENYING CONFIRMATION OF CHAPTER 13 PLAN
## WITH LEAVE TO AMEND

Having held a hearing on the Chapter 13 Plan proposed by the Debtor and having concluded that the proposed Plan does not fulfill the requirements for confirmation set out in 11 U.S.C. § 1325, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that confirmation of the Chapter 13 Plan proposed by the Debtor is denied; and it is further

ORDERED, that the Debtor is granted leave to file an amended Plan on or before **April 13, 2026;** and it is further

ORDERED, that if an Amended Plan is timely filed and served on all creditors and parties in interest, the hearing on confirmation of the Amended Plan shall take place on **May 19, 2026, at 10:00 a.m., in Virtual Courtroom (contact case trustee for hearing information);** and it is further

**ORDERED, that if an Amended Plan is timely filed, the Debtor/Counsel shall mail: (1) a copy of this Order, and (2) the Amended Plan to all creditors and parties requesting notice, and shall file with the court a certificate of service by the date set for filing the Amended Plan;** and it is further

ORDERED, that if within the time granted for amendment the Debtor does not file an Amended Plan, or if this case is not converted to a case under another chapter or voluntarily dismissed, then this case may be dismissed by the Court pursuant to 11 U.S.C. § 1307(c)(5) without further notice or hearing.

cc:   Debtor
      Attorney for Debtor – Daniel M. Press
      Case Trustee – Rebecca A. Herr

### End of Order

08x02a (rev. 04/17/2018) – JWhitfield