**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**
**(Greenbelt Division)**

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| Kristen M. Bach | ) | |
| | ) | No. 25-21292-MCR |
| Debtor. | ) | Chapter 13 |
| | ) | |
| _____ | ) | |

## CERTIFICATE OF MAILING

PLEASE TAKE NOTICE that on this date, I mailed copies of the Notice of

Commencement/341 Meeting Notice and Amended Chapter 13 Plan to the following creditor

addresses.

> Allegany County Tax & Utility Office
> 701 Kelly Rd Ste 201
> Cumberland MD 21502


> Mayor & City Council of Cumberland
> 67 N Liberty St
> Cumberland MD 21502


Dated:    April 13, 2026.

Respectfully submitted,

 /s/ Daniel M. Press
Daniel M. Press, #07300
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
(703) 734-0590 fax
 dpress@chung-press.com

--                                     1