**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**
**(Greenbelt Division)**

| | |
|---|---|
| In re | ) |
| | ) |
| Trudah A. Harding | ) |
| | )    No. 25-11103-MCR |
| Debtor. | )    Chapter 13 |
| | ) |

**CERTIFICATE OF SERVICE**

This is to certify that on the 13th day of April 2026, I caused the Amended Schedules to be served by CM/ECF upon the Chapter 13 Trustee and all creditors requesting such notice as follows:

Rebecca A. Herr ecf@ch13md.com

Dayna Kipnis dayna.kipnis2@usdoj.gov, Tracy.Lichtel@usdoj.gov

Dated:    April 13, 2026.

Respectfully submitted,

 /s/ Daniel M. Press
Daniel M. Press, #07300
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
(703) 734-0590 fax
 dpress@chung-press.com

--