United States Bankruptcy Court

District of Maryland

In re:  Kristen M Bach

                                      Case No.  25-21292

                                      Chapter   13

                    Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of additional creditors is true and correct to the best of their knowledge.

Date:  _____04/13/2026_____

/s/ Kristen M Bach
_____
Signature of Debtor

_____
Signature of Joint Debtor