Allegany County Tax & Utility Office
701 Kelly Rd Ste 201
Cumberland MD 21502


Mayor & City Council of Cumberland
67 N Liberty St
Cumberland MD 21502