**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**at Greenbelt**

| | |
|---|---|
| **In re:** | **Case Number:  25-21292** |
| | **Chapter 13** |
| **Kristen M. Bach,** | |
| **Debtor.** | |

### CERTIFICATE OF SERVICE OF CHAPTER 13 PLAN

*Select Section 1, A, B, or C, and complete Sections 2 and 3 if applicable, even if Section 1.A. is selected.*

1.      (Select A, B, or C):

    \_\_\_\_\_   A.   PLAN FILED WITH PETITION.  This is an original plan, filed concurrently with the petition, which will be mailed by the Clerk of the Court to all creditors on the matrix.   *[THIS OPTION MAY ONLY BE USED WHEN THE PLAN IS FILED WITH THE PETITION.]*

    \_\_\_\_\_   B.   AMENDED PLANS ONLY INCREASING PAYMENTS:   The amended Chapter 13 plan [filed herewith OR filed on _____, 20\_\_\_\_**]** , makes no changes from the last previously-filed plan other than to increase the amount payable under the plan.   In such event, no service is required. *[THIS OPTION MAY ONLY BE USED WHEN AN AMENDED PLAN IS FILED AND IT INCREASES THE AMOUNT PAYABLE UNDER THE PLAN BUT MAKES NO OTHER CHANGES.]*

    __X__   C.   ALL OTHER PLANS:   This is to certify that on __4/13/2026__, I caused

    (i)      the Chapter 13 plan [filed herewith OR filed on _____ _____, 20\_\_\_\_**]** ; and

    (ii)     if applicable, the Order Denying Confirmation with Leave to Amend dated  _April 2_____, 2026 [if (ii) is not applicable, place "N/A" in the blank];

to be mailed by first class mail, postage prepaid, to all parties in interest on the attached matrix or list.  (If any parties on the matrix were served by CM/ECF rather than mail, so indicate on the matrix with the email address served as indicated on the CM/ECF Notice of Electronic Filing.)

2.  *Check and complete this Section and Section 3 if liens are proposed to be valued or avoided through the plan.*

_____ I caused the Chapter 13 plan [filed herewith OR filed on _____, 20 _____] to be served pursuant to Federal Bankruptcy Rule 7004 on the following creditor whose lien is proposed to be impacted by the plan (and not by separate motion) under plan paragraph 5.1 or 5.3.  State address served and method of service.   See Bankruptcy Rule 7004(h) if the party served is an insured depository institution.   Attach separate sheets or repeat this paragraph for each such creditor served.

Name of Creditor:      _____
Person Served:
Title/Position:
Address:      _____
      _____
City, State Zip:      _____
Method of Service:      _____
Date Served:      _____

Select A or B for the above-named creditor:

_____   A.   A proof of claim has been filed with respect to the lien or claim at issue prior to service of the plan.  I also mailed a copy of the plan and supporting documents under Section 3 below to the claimant at the name and address where notices should be sent as shown on the proof of claim.

_____   B.   No proof of claim has been filed for the lien or claim at issue.

3.   _____   Along with each copy of the plan served under Section 2, I included copies of documentation supporting the debtor's entitlement to the relief sought in plan paragraph 5.1 or 5.3 with respect to that creditor (for example, documents establishing the value of the property and the amount of any prior liens and the lien at issue), which I have also filed with the Court as a supplement to the plan. ***This supplemental material need not be served with the plan on all creditors, but it must be served on the affected secured creditors.***

_____   This is an amended plan and the documentation supporting the debtor's entitlement to the relief sought in plan paragraph 5.1 or 5.3 has been previously served and filed as ECF docket entry _____.

I hereby certify that the foregoing is true and correct.
Dated: 04/13/2026 _____            _____ /s/ Daniel M. Press _____
                                                    Debtor, Debtor's Attorney, or
                                                    Other Person Effecting Service

Label Matrix for local noticing
0416-0
Case 25-21292
District of Maryland
Greenbelt
Mon Apr 13 09:53:14 EDT 2026

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Alderson & Heavner PA
100 S Liberty St
PO Box 360
Cumberland MD 21501-0360

Allegany County Tax & Utility Office
701 Kelly Rd Ste 201
Cumberland MD 21502-2887

Chessie FCU
PO Box 689
Cumberland, MD 21501-0689

(p)COMPTROLLER OF MARYLAND
BANKRUPTCY UNIT
7 ST PAUL STREET SUITE 230
BALTIMORE MD 21202-1626

Dayna Kipnis
Assistant United States Attorney
U.S. Attorneys Office, District of Maryl
36 S. Charles Street, Suite 400
Baltimore, Maryland 21201-3119
By CM/ECF dayna.kipnis2@usdoj.gov,

Gregory A Bach
120  Columbia St
Cumberland, MD 21502-1620
By hand

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346
Duplicate

Maryland Central Collection Unit
300 West Preston St
Baltimore, MD 21201-2307

Mayor & City Council of Cumberland
67 N Liberty St
Cumberland MD 21502

Michael S Cohen
213 Washington St
Cumberland, MD 21502-2826

Daniel M. Press
Chung & Press, P .C.
6718 Whittier Ave., Ste. 200
McLean, VA 22101-4531
By hand

Kristen M Bach
120 Columbia St
Cumberland, MD 21502-1620
By hand

Rebecca A. Herr
Chapter 13 Trustee
185 Admiral Cochrane Dr.
Suite 240
Annapolis, MD 21401-7623
By CM/ECF
ecf@ch13md.com

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

IRS
31 Hopkins Plaza
Room 1140
Baltimore, MD 21201

Comptroller of Maryland
7 St Paul St
Baltimore, MD 21202

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Mayor & City Council of Cumberland
67 N Liberty St
Cumberland, MD 21502

End of Label Matrix
Mailable recipients    14
Bypassed recipients     1
Total                  15