**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**at Greenbelt**

In re:

**Kristen M Bach**

Debtor.

Case Number:  **25-21292**
**Chapter 13**

### PRE-CONFIRMATION CERTIFICATION

The debtor hereby certifies under penalty of perjury that the following statements are true and correct:

1.  The debtor has paid any fee, charge, or other amount required under 28 U.S.C. § 1930 or by the plan (i.e., adequate protection payments) to be paid bre confirmation.

2.  The debtor has paid all amounts that are required under a domestic support obligation and that first became payable after the date of the filing of the petition, if applicable.

3.  The debtor has filed all applicable federal, state, and local tax returns with the appropriate taxing authorities for all taxable periods ending during the 4-year period ending on the date of the filing of the petition.

The debtor affirms that the plan is proposed in accordance with 11 U.S.C. § 1325 and requests said plan be confirmed.

DATE:  _____5/28 /2026_____         /s/ Kristen M Bach_____
                                    (Signature of Debtor)
                                    Kristen M Bach

LBF-O v.2024