**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**
**Greenbelt Division**

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| Kristen M. Bach | ) | |
| | ) | No. 25-21292-MCR |
| Debtor. | ) | Chapter 13 |
| | ) | |

## <u>NOTICE OF CHANGE OF COUNSEL'S  ADDRESS</u>

Please take notice that effective August 15, 2026, the undersigned is changing firms.  The

new address is below.

        Dated: August 14, 2026.

                    /s/ Daniel M. Press
                    Daniel M. Press, #07300
                    Law Offices of Daniel M. Press
                    201 Washington St.
                    Cumberland MD 21502
                    (703) 725-7600
                    dan@danpress.us

## CERTIFICATE OF SERVICE

This is to certify that on this 14th day of August, 2026, I caused to be served the foregoing Notice on the U.S. Trustee, the Chapter 13 Trustee, and all parties requesting notice by CM/ECF, as follows:

Rebecca A. Herr ecf@ch13md.com

Dayna Kipnis dayna.kipnis2@usdoj.gov,
Andrea.Da.Silva2@usdoj.gov,
CaseView.ECF@usdoj.gov

_/s/ Daniel M. Press_____
Daniel M. Press

2