**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**Greenbelt Division**

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| Kristen M. Bach | ) | |
| | ) | No. 25-21292-MCR |
| Debtor. | ) | Chapter 13 |
| | ) | |

**ORDER GRANTING DEBTOR'S MOTION TO DIRECT PAYMENT**

**UPON CONSIDERATION** of Counsel's Motion to Direct Payment and any response thereto, it is, by the U.S. Bankruptcy Court for the District of Maryland

**ORDERED** that the Motion is granted; and it is further

**ORDERED** that the Chapter 13 Trustee shall pay directly to Daniel M. Press, Esq., from the pre-confirmation payments made by the Debtor, towards the balance of the attorney's fees due ($6613.00), such sums as are being held by the Trustee, less any Trustee fees due and owing..

cc: Debtor
Debtor's Counsel (via ECF)
Chapter 13 Trustee (via ECF)

END OF ORDER