United States Bankruptcy Court
District of Maryland

In re:
Kristen M Bach
Debtor

Case No. 25-21292-MCR
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0416-0 User: admin Page 1 of 2
Date Rcvd: Sep 23, 2026 Form ID: ntcdsm Total Noticed: 13

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 25, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kristen M Bach, 120 Columbia St, Cumberland, MD 21502-1620 |
| 33028625 | + | Alderson & Heavner PA, 100 S Liberty St, PO Box 360, Cumberland MD 21501-0360 |
| 33185726 | + | Dayna Kipnis, Assistant United States Attorney, U.S. Attorneys Office, District of Maryl, 36 S. Charles Street, Suite 400, Baltimore, Maryland 21201-3119 |
| 33028628 | + | Gregory A Bach, 120 Columbia St, Cumberland, MD 21502-1620 |
| 33028631 | | Mayor & City Council of Cumberland, 67 N Liberty St, Cumberland, MD 21502 |
| 33028632 | + | Michael S Cohen, 213 Washington St, Cumberland, MD 21502-2826 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | Email/Text: bnc@ch13md.com | Sep 23 2026 20:02:00 | Rebecca A. Herr, Chapter 13 Trustee, 185 Admiral Cochrane Dr., Suite 240, Annapolis, MD 21401-7623 |
| cr | | EDI: IRS.COM | Sep 23 2026 23:46:00 | IRS, 31 Hopkins Plaza, Room 1140, Baltimore, MD 21201 |
| 33225743 | + | Email/Text: shannon.kesner@alleganygov.org | Sep 23 2026 20:02:00 | Allegany County Tax & Utility Office, 701 Kelly Rd Ste 201, Cumberland MD 21502-2887 |
| 33028627 | | Email/Text: Bankruptcymail@marylandtaxes.gov | Sep 23 2026 20:01:00 | Comptroller of Maryland, 7 St Paul St, Baltimore, MD 21202 |
| 33028626 | + | Email/Text: COLLECTIONS@CHESSIEFCU.ORG | Sep 23 2026 20:02:00 | Chessie FCU, PO Box 689, Cumberland, MD 21501-0689 |
| 33028630 | + | Email/Text: ccubankruptcy.notices@maryland.gov | Sep 23 2026 20:01:00 | Maryland Central Collection Unit, 300 West Preston St, Baltimore, MD 21201-2307 |
| 33270810 | | Email/Text: ccubankruptcy.notices@maryland.gov | Sep 23 2026 20:01:00 | State of Maryland Central Collection Unit, 300 West Preston Street 5th Floor, Baltimore, MD 21201 |

TOTAL: 7

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 33225829 | *+ | Allegany County Tax & Utility Office, 701 Kelly Rd Ste 201, Cumberland MD 21502-2887 |
| 33028629 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 33225744 | * | Mayor & City Council of Cumberland, 67 N Liberty St, Cumberland MD 21502 |
| 33225830 | * | Mayor & City Council of Cumberland, 67 N Liberty St, Cumberland MD 21502 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 23, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Daniel M. Press | dan@danpress.us pressdm@gmail.com,danpress@recap.email |
| Dayna Kipnis | dayna.kipnis2@usdoj.gov Andrea.Da.Silva2@usdoj.gov,CaseView.ECF@usdoj.gov |
| Rebecca A. Herr | ecf@ch13md.com |

TOTAL: 3

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**at Greenbelt**

In re: Case No.: **25−21292 − MCR** Chapter: **13**

**Kristen M Bach**
Debtor

## NOTICE OF DISMISSAL

TO: All Creditors and Interested Parties

You are hereby notified that an Order Dismissing the above case was entered on 9/23/26.

ALL PARTIES ARE HEREBY NOTIFIED, that the automatic stay imposed by 11 U.S.C. § 362(a) is terminated.

Dated: 9/23/26

Mark A. Neal, Clerk of Court
by Deputy Clerk, Kizzy Fraser
410−962−4277

Form ntcdsm