Entered: October 20th, 2026
Signed: October 19th, 2026

The applicant is directed to serve a copy of the application on the United States Trustee and on all creditors who hold claims for which proofs of claim have been filed as required by Bankruptcy Rule 2016(a) and Bankruptcy Rule 2002(a)(2), as limited by Local Bankruptcy Rule 2002-1(c) and Bankruptcy Rule 2002(h)(1), at the notice address on the creditors proofs of claim. In addition, the applicant shall file a supplemental certificate of service within ten (10) days of the date of this instruction confirming service has been made as directed herein.

NOT AN ORDER

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**Greenbelt Division**

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| Kristen M. Bach | ) | |
| | ) | No. 25-21292-MCR |
| Debtor | ) | Chapter 13 |
| | ) | |

**ORDER GRANTING DEBTOR'S MOTION TO DIRECT PAYMENT**

**UPON CONSIDERATION** of Counsel's Motion to Direct Payment and any response thereto, it is, by the U.S. Bankruptcy Court for the District of Maryland

**ORDERED** that the Motion is granted; and it is further

**ORDERED** that the Chapter 13 Trustee shall pay directly to Daniel M. Press, Esq., from the pre-confirmation payments made by the Debtor, towards the balance of the attorney's fees due ($6613.00), such sums as are being held by the Trustee, less any Trustee fees due and owing..

cc: Debtor
Debtor's Counsel (via ECF)
Chapter 13 Trustee (via ECF)

END OF ORDER