**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**Greenbelt Division**

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| Kristen M. Bach | ) | |
| | ) | No. 25-21292-MCR |
| Debtor. | ) | Chapter 13 |
| | ) | |

**NOTICE WITHDRAWING MOTION TO DIRECT PAYMENT OF ATTORNEY'S FEES**

**NOW COMES** Debtor, by and through above stated counsel, and hereby withdraws her Motion to Direct Payment of Attorney's Fees.

.

Respectfully submitted,

/s/ Daniel M. Press

Daniel M. Press, Esq. #07300
Law Offices of Daniel M. Press
201 Washington St.
Cumberland MD 21502
(703) 725-7600
dan@danpress.us

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of October, 2026, I caused a copy of the foregoing document to be served by CM/ECF upon:

Rebecca A. Herr ecf@ch13md.com

Dayna Kipnis dayna.kipnis2@usdoj.gov,
Andrea.Da.Silva2@usdoj.gov,
CaseView.ECF@usdoj.gov

/s/ Daniel M. Press
Daniel M. Press